# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| MARK GARY HOUGH,<br>　　　　　　　Appellant,<br>　　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 74191 **FILED** |
| MARK GARY HOUGH,<br>　　　　　　　Appellant,<br>　　　　vs.<br>THE STATE OF NEVADA,<br>　　　　　　　Respondent. | No. 74192 |

DEC 01 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

These are pro se appeals from district court orders denying motions to transfer and consolidate district court cases. Eighth Judicial District Court, Clark County; Stefany Miley, Judge; Kenneth C. Cory, Judge.

Because no statute or court rule permits an appeal from the aforementioned orders, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER these appeals DISMISSED.

＿＿＿＿＿＿＿＿＿＿＿＿＿, J.
Douglas

＿＿＿＿＿＿＿＿＿＿, J.
Gibbons

＿＿＿＿＿＿＿＿＿＿, J.
Pickering

cc:   Hon. Stefany Miley, District Judge
Hon. Kenneth C. Cory, District Judge
Mark Gary Hough
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk